

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00059-CR

| | | |
|---|---|---|
| JACK LAMAR TAYLOR, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (0908137D) |
| V. | § | April 11, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM